ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**
Counsel for Chapter 7 Trustee

*ELECTRONICALLY FILED*
*March 11, 2015*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

ALFRED J.R. VILLALOBOS,

☐ Affects this Debtor
■ Affects all Debtors
☐ Affects Arvco Capital Research, LLC
☐ Affects Arvco Financial Ventures, LLC
☐ Affects Arvco Art, LLC

　　　　　　Debtor.
_____/

CHRISTINA LOVATO, in her capacity as the CHAPTER 7 TRUSTEE for the Substantively Consolidated Cases of ALFRED J.R. VILLALOBOS, ARVCO CAPITAL RESEARCH, LLC, ARVCO FINANCIAL VENTURES, LLC, and ARVCO ART, LLC,

　　　　　　Plaintiff,

vs.

THE VILLALOBOS LIFE INSURANCE TRUST; DANIEL E. APODACA AS TRUSTEE FOR THE VILLALOBOS LIFE INSURANCE TRUST; VFT, INCORPORATED, a Nevada Corporation; J.MICHAEL RONEY; J. MICHAEL RONEY INSURANCE SERVICES INC., a California Corporation; ERIC WILLIAM VILLALOBOS; JESSICA KINLEY RAE VILLALOBOS; ADRIANA IVETTE VILLALOBOS; CARRISSA DOLORES VILLALOBOS; ALFRED JAMES VILLALOBOS; ADRIANA OSORIO VILLALOBOS as parent and guardian of EMILIANO FRANCISCO VILLALOBOS; ADRIANA OSORIO

Case No. BK-N-10-52248-GWZ
Chapter 7
Substantively Consolidated with:

10-52249 Arvco Capital Research, LLC
10-52251 Arvco Financial Ventures, LLC
10-52252 Arvco Art, Inc.

Adv. No. 15-05018-GWZ

**DECLARATION OF HOLLY E. ESTES. ESQ. IN SUPPORT OF COMPLAINT FOR:**

1. **AVOIDANCE OF POST-PETITION TRANSFER OF PROPERTY OF THE ESTATE**

2. **LIABILITY OF TRANSFEREE OF AVOIDED TRANSFER**

3. **AUTOMATIC PRESERVATION OF AVOIDED TRANSFER**

4. **TURNOVER OF PROPERTY OF THE ESTATE**

5. **INJUNCTIVE RELIEF**

6. **DECLARATORY RELIEF**

Hearing Date: N/A
Hearing Time: N/A

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Villalobos\Adv. Villalobos Life Insurance Trust\Decl Estes [FINAL] 031115 hee.wpd

| | |
|---|---|
|1| VILLALOBOS as parent and guardian of |
|2| CHRISTIAN DANIEL VILLALOBOS; JESSICA KINLEY RAE VILLALOBOS |
|3| as parent and guardian of ALYSSA RAE VILLALOBOS; DANIEL E. APODACA; |
|4| and APODACA & COMPANY, |
|5|         Defendants, |
|6| _____/ |

7    I, HOLLY E. ESTES, ESQ., hereby declare under penalty of perjury that the

8 following assertions are true:

9    1.    I am the court appointed general counsel for Christina W. Lovato, Chapter 7

10 Trustee (the "Trustee"). I have personal knowledge of the facts herein stated, and if

11 called to testify as to such facts I would and could do so competently.

12    2.    On February 6, 2015, I issued a subpoena for John Hancock to produce

13 certain documents by February 20, 2015. Attached hereto as **Exhibit Z** is a true and

14 correct copy of the subpoena issued.

15    3.    On February 18, 2015, John Hancock requested and received an extension

16 of time to produce the documents requested in the subpoena from February 20, 2015, to

17 March 4, 2015. Attached hereto as **Exhibit DD** is a true and correct copy of email

18 correspondence between myself and Kristopher Kwan of John Hancock Financial

19 Services ("John Hancock").

20    4.    Attached hereto are true and correct copies of the referenced documents that

21 I received from John Hancock pursuant to the subpoena request: **Exhibit A, Exhibit B,**

22 **Exhibit E, Exhibit F, Exhibit G, Exhibit H, Exhibit I, Exhibit J, Exhibit K, Exhibit**

23 **L, Exhibit M, Exhibit P, Exhibit Q, Exhibit R, Exhibit S, Exhibit T, Exhibit U,**

24 **Exhibit W, Exhibit X, Exhibit AA, Exhibit BB, and Exhibit CC.**

25    5.    Attached hereto as **Exhibit C** is a true and correct copy of an Arvco Capital

26 bank account statement received by me from the Office of the United States Trustee.

27    6.    On or about June 26, 2010, J. Michael Roney ("Michael Roney") and/or J.

28 Michael Roney Insurance Services Inc., loaned Villalobos, the individual Chapter 11

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Villalobos\Adv. Villalobos Life Insurance Trust\Decl Estes [FINAL] 031115-hee.wpd

2

Debtor, $12,309.25 in order for Villalobos to make his John Hancock Policy premium payment that was due on June 26, 2010. Michael Roney purports to be secured by the Policy for this loan and any subsequent loan. This post-petition loan, and any subsequent loan was not disclosed or approved by the Bankruptcy Court, and it was not permitted by the Bankruptcy Code. The $12,309.25 and any subsequent loan or advance by Michael Roney and/or J. Michael Roney Insurance Services Inc., was property of the Bankruptcy Case estate as that term is defined in 11 U.S.C. § 1115(a). *See* **Exhibit D** attached hereto.

7. Alfred Nash Villalobos' representation of Arvco Capital as its "general counsel" was never disclosed to the Bankruptcy Court. Alfred Nash Villalobos is an insider of the Debtor, as he is the son of Villalobos. Alfred Nash Villalobos' employment as counsel for the Debtor was not authorized under the Bankruptcy Code, and was not approved by order of the Bankruptcy Court.

8. Attached hereto as **Exhibit N** is a true and correct copy of an email with attachments received by me from Daniel E. Apodaca.

9. Attached hereto as **Exhibit O** is a true and correct copy of a printout from the Nevada Secretary of State's website.

10. On January 15, 2015, I called John Hancock requesting information regarding any term life insurance policy(s) of the Debtors. John Hancock requested that I send a letter to customer service requesting information. They provided a fax number and an address to send inquiries. I informed the John Hancock representative that there was likely going to be a dispute as to who was entitled to any life insurance proceeds.

11. On January 16, 2015, I sent John Hancock a letter requesting a copy of any and all life insurance policies issued to either Villalobos or Arvco Capital, and a full payment history on all policies. Attached hereto as **Exhibit V** is a true and correct copy of the January 16, 2015, letter that I sent to John Hancock. I never received a response to my January 16, 2015, letter from John Hancock.

12. On February 6, 2015, I sent John Hancock a letter pursuant to NRS § 687B.260 providing that the Chapter 7 Trustee was in the process of investigating

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\Villalobos\Adv. Villalobos Life Insurance Trust\Decl Estes [FINAL] 031115 hee.wpd

3

whether the bankruptcy estate has a claim to recover for transfers made or premiums paid on the Policy with intent to defraud creditors. Attached hereto as **Exhibit Y** is a true and correct copy of the February 6, 2015, letter that I sent to John Hancock.

13. Attached hereto as **Exhibit EE** are true and correct copies of email correspondence between myself and counsel for Daniel E. Apodaca, Robert B. Martin, Esq., and Amy Tirre Esq.

14. Attached hereto as **Exhibit FF** is a true and correct copy of a print outs from Robert B. Martin's website.

15. Attached hereto as **Exhibit GG** are true and correct copies of email correspondence between myself and Daniel Apodaca regarding the Villalobos Life Insurance Trust.

DATED this 11th day of March 2015.

*/s/ Holly E. Estes*
_____
HOLLY E. ESTES, ESQ.
Attorney For Chapter 7 Trustee

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Villalobos\Adv. Villalobos Life Insurance Trust\Decl Estes [FINAL] 031115 hee.wpd

4