# Exhibit "A"

# Exhibit "A"

JHAV0001

REDACTED



Life New Business
197 Clarendon Street
Boston, MA 02117
Policy No. (for Internal Use Only)

# Application for Term Life Insurance - Single Life

**John Hancock Life Insurance Company (U.S.A.)**
(hereinafter referred to as The Company)

· *Print and use black ink. Any changes must be initialed by the Proposed Life Insured and Owner.*

---

## Proposed Life Insured

1. a) Name  First **Alfred**   J.R.   Middle **Villalobos**   Last          b) Date of Birth  month   day   year

   c) Sex ☑ M  ☐ F   d) Place of Birth **California, USA**   e) Citizenship ☑ U.S. ☐ Other    State **NV**

   f) Social Security/ Tax ID Number          g) Driver's Information  License No.

   h) Primary Residence   Address - Street No. & Name, Apt No., City, State, Zip code  **21224 Nashville Street, Chatsworth, CA 91311**   Years at this Address

   i) If you live at your primary residence less than 6 months per year, provide the address for your secondary residence.
   Secondary Residence   Address  Street No. & Name, Apt No., City, State, Zip code    Years at this Address

   j) Tel Nos.  Home **(818) 885-1480**   k) Employment Information  Occupation **Business Owner/Consultant**

   Business **(775) 691-0593**   Ext. No.   Name of Employer **Arveo Capital Research**

---

## Owner - Complete information only if Owner is other than Proposed Life Insured.

If Trust Owner, complete questions 2 a), c) and d) and Trust Certification PS5101.

2. a) Name  **Arveo Capital Research**    b) Relationship to Proposed Life Insured **Business**

   c) Address - Street No. & Name, Apt No., City, State, Zip code  **P.O. Box 3720, Stateline NV 89449**    d) Social Security/Tax ID Number

---

## Premium Notices and Correspondence

3. a) Send Premium Notices to: (Select one)
   ☑ Owner  ☐ Proposed Life Insured
   ☐ Other: Name                Street No. & Name, Apt No., City, State, Zip code

   b) Send Policy Correspondence to: (Select one)
   ☑ Owner  ☐ Proposed Life Insured  ☐ Same as 3. a) above
   ☐ Other: Name                Street No. & Name, Apt No., City, State, Zip code

---

## Beneficiary Information - Subject to change by Owner - List additional beneficiaries in Special Requests, page 3, question 18.

4. First **Arveo Capital Research**  Middle   Last   ☑ Primary ☐ Secondary  Relationship to Proposed Life Insured **Business**  Percentage **100.00 %**

   First  Middle   Last   ☐ Primary ☐ Secondary  Relationship to Proposed Life Insured  Percentage %

---

## Policy Details

5. a) Amount applied for  **$9,000,000.00**

   b) John Hancock Term  Level Premium ☑ Term 10  ☐ Term 15  ☐ Term 20  ☐ Term 30  ☐ Other -

   c) Additional Benefits  ☐ Accelerated Death Benefit  ☐ Total Disability Waiver  ☐ Conversion Extension Rider (Term 15, Term 20 and Term 30 only)

   d) Premium Frequency ☑ Annual ☐ Semi-Annual ☐ Quarterly ☐ List Billed ☐ Pre-Authorized Payment Plan - Complete "Request for Pre-Authorized Payment Plan" - page 3

EXHIBIT " A "

## Existing and Pending Insurance - Proposed Life Insured

6. a) Total insurance in force on the Proposed Life Insured, including any policy that has been sold, assigned or settled to or with a settlement or viatical company or any other person or entity.    $    6,597,789.00

   b) Including this application, total insurance currently applied for with all companies via **Formal Applications**    $    18,000,000.00

   c) Of the above applied for amount in 6 b), what is the maximum amount that you will accept?    $    9,000,000.00

   d) Have you ever had an application for life or health insurance declined, postponed, rated substandard or offered with a reduced face amount?
   ☐ No   ☐ Yes - give details

   e) Provide information for each policy in force on the Proposed Life Insured, including any policy that has been sold, assigned or settled to or with a settlement or viatical company or any other person or entity. (Attach additional page if necessary.)

| Company | Insurance Group | Insurance Personal | Insurance Business | Issue Date month | Issue Date day | Issue Date year | To Remain in Force? Yes | To Remain in Force? No | Face Amount |
|---|---|---|---|---|---|---|---|---|---|
| Pacific Life | ☐ | ☑ | ☐ | 12-28-2006 | | | ☐ | ☑ | $ 4,400,000.00 |
| Pacific Life | ☐ | ☑ | ☐ | 07-09-2007 | | | ☑ | ☐ | $ 1,197,789.00 |
| John Hancock | ☐ | ☑ | ☐ | | | | ☑ | ☐ | $ 1,000,000.00 |
| | ☐ | ☐ | ☐ | | | | ☐ | ☐ | $ |

## Existing Insurance - Owner(s) Replacement(s)

7. Will this insurance replace existing policies or are you considering using funds from existing policies to pay premiums due on the new policy or contract?
   ☐ Yes   ☑ No   If **Yes**, please complete the IMPORTANT NOTICE: Replacement of Life Insurance or Annuities (Standard Form), NB5017.

## Financial Questions - Please submit copies of financial statements, estate analysis, contractual agreements, etc.

8. a) What is the purpose of this insurance? (e.g. income replacement, buy-sell, keyperson)    Financial Planning

   b) Gross annual earned income (salary, commissions, bonuses, etc.)    $    10,000,000.00

   c) Gross annual unearned income (dividends, interest, net real estate income, etc.)    $

   d) Household net worth    $    35,000,000.00

   e) In the last 5 years, has the Proposed Life Insured or any business of which he/she is a partner/owner/executive had any major financial problems (bankruptcy, etc.)?    ☑ No   ☐ Yes - give details

9. a) What is the source of the funding for the policy(ies) currently applied for?    Advice of Financial Counsel

   b) If the premiums are to be funded through a loan, please provide details of the financing arrangement.
   ☐ N/A   ☐ Details of the arrangement

## Business Insurance - Complete for ALL Business Insurance

| | Current Year | Previous Year | |
|---|---|---|---|
| 10. a) Assets | $ | $ | f) How was the amount applied for determined? |
| b) Liabilities | $ | $ | |
| c) Gross Sales | $ | $ | g) What percentage of the business is owned by Proposed Life Insured?    % |
| d) Net Income after taxes | $ | $ | h) Are other partners/owners/executives insured or applying for life insurance with any company? ☐ Yes ☐ No |
| e) Fair Market Value of the business | $ | $ | Give details |

## Lifestyle Questions - Please provide details in No 15 for "Yes" answers.

11. Do you expect to travel outside the U.S. or Canada, or change your country of residence in the next 2 years?    ☑ Yes   ☐ No

12. a) Have you flown as a student pilot, licensed pilot, or crew member in any aircraft, including ultralight planes, in the last 2 years? If **Yes**, please complete Aviation Questionnaire NB5009.    ☐ Yes   ☑ No

   b) Have you engaged in any form of motor vehicle or power boat racing, sky diving/parachuting, skin or scuba diving, hang-gliding, mountain climbing, or any other hazardous activities in the last 2 years? If **Yes**, please complete Avocation Questionnaire NB5010.    ☐ Yes   ☑ No

13. a) Have you committed 2 or more moving violations within the last 2 years?    ☐ Yes   ☑ No

   b) Have you been convicted of driving while intoxicated or while otherwise impaired?    ☐ Yes   ☑ No

14. In the last 10 years, have you been convicted of a felony offense?    ☐ Yes   ☑ No

15. **Question No.**    **Details for any "Yes" answers to Lifestyle Questions**
    11    Will travel to Europe and Japan on business. Plans four one-week trips to Europe and two one-week trips to Tokyo.

**Additional Questions**

16. Has a John Hancock Medical Exam NB5033 been completed or will it be completed? ☐ Yes ☑ No **If No**, complete Health Questionnaire NB5002 **and** question 17 below.

17. Have you ever used tobacco or nicotine products in any form (including cigarettes, cigars, cigarillos, a pipe, chewing tobacco, nicotine patches or gum)?
    ☑ No  ☐ Yes - give details below

| Product | Frequency | Current | Past | Date Last Used | | |
|---|---|---|---|---|---|---|
| | | | | month | day | year |
| Cigarettes | _____ pack(s) / day | ☐ | ☐ | | | |
| Cigars | _____ x / day | ☐ | ☐ | | | |
| Other: _____ | _____ x / day | ☐ | ☐ | | | |

**Special Requests**

18.

**Temporary Life Insurance Agreement Application**

19. Is coverage being applied for under the Temporary Life Insurance Agreement? ☐ Yes ☑ No
    If **Yes**, answer questions 20 and 21.

Money may **NOT** be collected and the Temporary Life Insurance Agreement and Receipt NB5004 may **NOT** be issued if:
    1. *questions 20 and/or 21 are answered* **Yes** *or left blank; or*
    2. *the Proposed Life Insured is under age 20 or over age 70; or*
    3. *the amount applied for is more than $10,000,000.*

Has the Proposed Life Insured:

20. a) consulted a medical professional, been diagnosed with or been treated for or had treatment recommended by a member of the medical profession for any heart problem, stroke or cancer within the last 24 months?   ☐ Yes ☐ No

    b) had any symptoms or medical concerns for which a doctor has not been consulted, or any consultation, testing or investigation recommended by a doctor which has not yet been completed?   ☐ Yes ☐ No

    c) been declined for life insurance within the past two years?   ☐ Yes ☐ No

21. Does the Proposed Life Insured reside outside the United States more than 6 months per year?   ☐ Yes ☐ No

**Request for Pre-Authorized Payment Plan**

**A voided sample check showing banking particulars must accompany this application.**

| Policy Number(s) | Name(s) of Person(s) Insured | First Bank Withdrawal Effective | | | Type of Payment and Amount | |
|---|---|---|---|---|---|---|
| | | month | day | year | Premium | Loan |
| | | | | | | |

By completing this section, I hereby authorize and request The Company to draw checks (which may include withdrawals made electronically) monthly on my account to pay premiums, and/or repay loans on the policies listed above or any policies subsequently designated.

I understand and agree that:

1. Such checks (which may include withdrawals made electronically) shall be drawn in the month to pay premiums falling due in such month on the designated policies.

2. While the Pre-Authorized Payment Plan is in effect, The Company will not give notices of premiums falling due on such policies.

3. The Pre-Authorized Payment Plan may be terminated by the bank depositor or by written notice to The Company by the Owner. If the Pre-Authorized Payment Plan is terminated, premiums falling due thereafter shall be payable directly to The Company as provided in the policy.

4. The first premium paid must be submitted by check.

Declarations and Authorizations

## DECLARATIONS

The Proposed Life Insured and Owner(s) declare that the statements and answers in this application and any form that is made part of this application are complete and true.

In addition, I/we understand and agree that:

1. The statements and answers in this application, which include any supplemental form relating to the health, aviation or lifestyle of the Proposed Life Insured, will become part of the insurance policy issued as a result of this application.

2. a) Any life insurance policy issued as a result of this application will be effective on the later of the date the first premium has been paid in full and the date the policy has been delivered, provided that there has been no deterioration in the insurability of the Proposed Life Insured since the date of the application. If there has been a deterioration in insurability: I) if there is no Temporary Life Insurance Agreement (TIA) coverage in effect at the time the policy is issued, the policy will not be put into effect; and ii) if there is TIA coverage and the TIA is in effect, the policy will be put into effect but only to the limit of the TIA coverage amount.

2. b) If premiums are paid prior to delivery of the policy and the terms and conditions of the TIA are satisfied, insurance prior to the effective date shall be provided only under the TIA and according to its terms.

3. Any person who knowingly and with intent to defraud any insurer: a) files an application for insurance or statement of claim containing any materially false information, or b) conceals for the purpose of misleading any insurer, information concerning any material fact thereto, may be committing a fraudulent insurance act.

4. If the coverage under a Temporary Life Insurance Agreement is applied for, I/we have received, read and understand the terms and conditions of the Temporary Life Insurance Agreement and Receipt NB5004.

## AUTHORIZATION TO OBTAIN INFORMATION

I, the Proposed Life Insured, authorize:

1. The John Hancock Life Insurance Company (U.S.A.) (The Company), to obtain an investigative consumer report on me.

2. Any medical professional, medical care provider, hospital, clinic, laboratory, insurance company, the Medical Information Bureau (MIB Inc.) to give The Company and its reinsurers information about me.

The information collected by The Company may relate to the symptoms, examination, diagnosis, treatment or prognosis of any physical or mental condition.

In turn, The Company is free to disclose such information and any information developed during its evaluation of my application to: a) its reinsurers; b) the MIB Inc.; c) other insurance companies as designated by me; d) me; e) any physician designated by me.

I acknowledge receipt of the Notice of Disclosure of Information relating to the underwriting process, investigative consumer reports and the MIB Inc.

This authorization will be valid for two years from the date shown. A photocopy of this authorization will be as valid as the original.

Information collected under this authorization will be used by The Company to evaluate my application for insurance, to evaluate a claim for benefits, or for reinsurance or other insurance purposes.

I am entitled, or my authorized representative is entitled, to a copy of this authorization.

---

**Signatures - Please read all of the above Declarations and Authorizations before signing this form.**

Signed at City, State    CHATSWORTH , CA    This    26th    Day of    JUNE    Year    2008

Signature of Agent (as Witness)
X _[signature]_

Signature of Proposed Life Insured
(X) _[signature]_ ALFRED

Signed at City, State    CHATSWORTH , CA    This    26th    Day of    JUNE    Year    2008

Signature of Agent (as Witness)
X _[signature]_

Signature of Owner, if other than a Proposed Life Insured
(Signing Officer please provide title or corporate seal)
(X) _[signature]_

Signature of Owner, if other than a Proposed Life Insured
(Signing Officer please provide title or corporate seal)
X

carissa
General Counsel / Officer

NB5092CA (04/2007)

Exhibit "B"

Exhibit "B"

JHAV00079

## Deposit Requisition (non New York):  To Policy Income

> Note: Photocopy of checks not accepted for Variable products.
> Deposit date is the date check received at 200 Clarendon St, Boston MA. Identified by NB Time Date Stamp.

Sales Office Code:  20920
Date:  06/26/2008

Requested By:  jamessh
Extension:
CM Name:  Siu, Emily

**FOR CMS ONLY - CHECK FOR STATUS OF TIA, F69G OR MED CERT BEFORE DEPOSITING $$$$**

| Policy Number(s) | Name of Insured | Income Amount |
|---|---|---|
| 81556854 | ALFRED JR VILLALOBOS | $46,450.00 |
| | **Total Check Amount:** | $46,450.00 |

Is the Payor of check the Insured or Owner?   ☐ Yes  ☒ No    If no, please check OFAC List.    NM

Is this check replacing a photocopied check?   ☐ Yes  ☒ No    If yes, please send to Income Processing.

Is this a mid-month or month end close case?   ☐ Yes  ☒ No    If yes, RUSH Status applies.

Is this check replacing a returned check?   ☐ Yes  ☒ No

Is this a 1035 Exchange?   ☐ Yes  ☒ No    If yes,  ☐ Internal or  ☐ External

If Internal:
Over 3 yrs. since issue?  ☐ Yes   ☐ No

Indicate original JH Legacy Policy Number:

## If Internal Replacement, have you created the Replacement Template?
## If not, please do so prior to delivering this form and check to NBCC.

| For Variable Checks ONLY | Deposit Date | ROP ☐ | ROMV ☐ | Initial |
|---|---|---|---|---|
| | | | | |

*Thursday, June 26, 2008*

---

**ARVCO Capital Research, LLC**
PO Box 3720
Stateline, NV 89449
(775) 588-9944

COLONIAL BANK, NA
94-178/1224

2939

6/25/2008

RS/IMAGE OPS

PAY TO THE
ORDER OF   John Hancock Life Insurance Co.    2008 JUN 26  AM 10: 30      $ **46,450.00

Forty Six Thousand Four Hundred Fifty and 00/100************************************************ DOLLARS

John Hancock Life Insurance Co.
Life New Business Department
27 Drydock Ave.
Boston, MA 02210-2377

MEMO    Policy# 81 556 854

⑈002939⑈ ⑆122401781⑆ ⬛⬛⬛⬛9854⑈

EXHIBIT " B "



ARVCO Capital Research, LLC
PO Box 3720
Stateline, NV 89449
(775) 588-9844

2939

COLONIAL BANK, NA
64 178/1224

6/25/2008

RS/IMAGE OPS

PAY TO THE
ORDER OF    John Hancock Life Insurance Co.    $ **46,450.00

Forty-Six Thousand Four Hundred Fifty and 00/100************************************************ DOLLARS

John Hancock Life Insurance Co.
Life New Business Department
27 Drydock Ave.
Boston, MA 02210-2377

MEMO    Policy# 81 556 854

⑈"00 2939"⑈  ⑈:1 22401 78 1:⑈  9854"⑈

ORIGINAL
RECEIVED
RECORD SERVICES

JHAV0081



**ARVCO Capital Research, LLC**
PO Box 3720
Stateline, NV 89449
(775) 588-9944

COLONIAL BANK, NA
94-178/1224

2939

6/25/2008

PAY TO THE ORDER OF    John Hancock Life Insurance Co.                                                    $ **46,450.00

Forty-Six Thousand Four Hundred Fifty and 00/100*************************************************************** DOLLARS

John Hancock Life Insurance Co.
Life New Business Department
27 Drydock Ave.
Boston, MA 02210-2377

Policy# 81 556 854

⑈002939⑈ ⑆1224017 81⑆ ██████9854⑈

ARVCO Capital Research, LLC                                                                2939

John Hancock Life Insurance Co.                              6/25/2008
                                    Policy# 81 556 854                                            46,450.00

ARVCO Capital LLC P    Policy# 81 556 854                                                46,450.00

Exhibit "C"

Exhibit "C"

# Commercial Checking

Page 1 of 2

ACCOUNT NUMBER ⬛⬛⬛ 9454
STATEMENT PERIOD   May 1, 2009 – May 31, 2009

*Colonial Bank appreciates your business. Thank you for being our customer.*

ARVCO CAPITAL RESEARCH, LLC
PO BOX 3720
STATELINE NV 89449

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $112,103.64 | Average Collected Balance | $258,518.52 |
| Total Credit(s) | + 374,500.96 | | |
| Total Debit(s) | – 204,500.98 | | |
| Service Charge | – 0.00 | | |
| Ending Balance | $ 282,202.62 | | |

*Colonial Bank presents our all–new Web site, www.colonialbank.com. With a new streamlined design that is visually–appealing, user–friendly and more inviting, the updated site has a whole new look and feel. It offers easy navigation, more options, and the latest Colonial Updates and products. Plus, you can sign up for online banking, e- Statements, bill pay and e Bills. Visit the all–new www.colonialbank.com in May. You'll like it here.*

## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 5/1 | INCOMING WIRE CREDIT  CIM GROUP LLC ADVISORY SERVICES–CIMCREDITING: ARVCO CAPITALR | 115,700.00 | 0944020726N |
| 5/12 | DEPOSIT | 225,000.00 | 4830959045I |
| 5/19 | DEPOSIT | 149.95 | 4830994511I |
| 5/28 | INCOMING WIRE CREDIT  AURORA RESURGENCE MGMT PARTNERS LLC INVOICE# 81409ADVISORY | 33,750.00 | 0944013009N |

### Checks Paid   ▲ indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| 3491 | 5/1 | 149.95 | 3512 ▲ | 5/4 | 15.00 | 4850971434I | 4850977426I |
| 3493 ▲ | 5/1 | 583.13 | 3515 | 5/28 | 2,585.00 | 4850673321I | 4850743352I |
| 3506 ▲ | 5/4 | 25,000.00 | 3516 ▲ | 5/4 | 2,150.00 | 4850977427I | 4850977700I |
| 3510 | 5/19 | 10,500.00 | 3517 | 5/4 | 2,000.00 | 4850719265I | 4850079870I |

COLONIAL BANK
MEMBER FDIC

www.colonialbank.com

*If you have questions about your account, please call Colonial Connection: (877) 502-2265*

EXHIBIT "C"

Page 3 of 3

## Commercial Checking

ACCOUNT NUMBER   ●●●●●9954
STATEMENT PERIOD   May 1, 2009 - May 31, 2009

### Checks Paid (continued)
▲ Indicates check missing in sequence

| CHECK | DATE | AMOUNT | | CHECK | DATE | AMOUNT | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3510 | 5/10 | 6,105.75 | | 3538 | 5/20 | 121.30 | | 48507270751 | 48507341661 |
| 3518 | 5/12 | 350.00 | | 3539 | 5/20 | 46,450.00 | | 48507071031 | 48507345691 |
| 3520 | 5/13 | 187.66 | | 3540 | 5/18 | 60.00 | | 48507136561 | 48506857021 |
| 3522 ▲ | 5/21 | 10,661.07 | | 3541 | 5/20 | 148.45 | | 48507083351 | 48507082911 |
| 3523 | 5/13 | 729.28 | | 3542 | 5/20 | 10.00 | | 48507102191 | 48507343081 |
| 3524 | 5/18 | 69.06 | | 3543 | 5/19 | 861.02 | | 48507225148I | 48507292691 |
| 3525 | 5/18 | 698.55 | | 3544 | 5/26 | 149.90 | | 48507120501 | 48507432581 |
| 3526 | 5/18 | 672.00 | | 3545 | 5/20 | 52.85 | | 48507260701 | 48507333791 |
| 3527 | 5/10 | 2,970.62 | | 3546 | 5/18 | 109.20 | | 48507136441 | 48507292691 |
| 3528 | 5/14 | 410.10 | | 3547 | 5/20 | 162.12 | | 48507183791 | 48507028161 |
| 3530 | 5/13 | 162.17 | | 3548 | 5/20 | 70.24 | | 48507134021 | 48507332371 |
| 3531 | 5/13 | 420.56 | | 3549 | 5/20 | 80.56 | | 48507102201 | 48507023771 |
| 3532 | 5/13 | 23.15 | | 3550 | 5/20 | 32.76 | | 48507134511 | 48507023001 |
| 3533 | 5/10 | 192.12 | | 3551 | 5/19 | 1,150.00 | | 48507102151 | 48507281621 |
| 3534 | 5/13 | 26.28 | | 3552 | 5/21 | 63.97 | | 48507102171 | 48507284631 |
| 3535 | 5/13 | 108.09 | | 3553 | 5/27 | 1,645.51 | | 48507102211 | 48507465331 |
| 3536 | 5/8 | 500.00 | | 3554 | 5/26 | 160.00 | | 48507102161 | 48507425761 |
| 3537 | 5/18 | 2,172.81 | | 3726 ▲ | 5/13 | 105.78 | | 48500043010I | 48507106571 |
| | | | | | | | | 48507219191 | |

### Other Debits

| DATE | DESCRIPTION | AMOUNT | | |
|---|---|---|---|---|
| 5/7 | DEBIT MEMO | 2,353.06 | | 48500323767 |
| 5/13 | OUTGOING WIRE DEBIT | 50,000.00 | | 08446117285 |
| | PATTERSON BELKNAP WEBB & TYLER LLP 9040379854 | | | |
| 5/26 | DEBIT MEMO | 31,000.00 | | 48500924765 |

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 4/30 | 112,103.54 | 5/12 | 420,057.79 | 5/20 | 264,008.40 |
| 5/1 | 227,055.75 | 5/13 | 355,005.15 | 5/21 | 205,454.39 |
| 5/4 | 187,500.75 | 5/14 | 354,595.05 | 5/26 | 250,099.43 |
| 5/7 | 195,540.79 | 5/18 | 343,512.51 | 5/27 | 248,453.92 |
| 5/8 | 195,048.79 | 5/19 | 341,654.73 | 5/28 | 202,292.92 |

COLONIAL BANK
MEMBER FDIC

# Exhibit "D"

# Exhibit "D"



**Roney & Company**
J. Michael Roney

**August 5, 2010**

**Alfred J. Villalobos**
**Arvco Capital Research**
P.O. Box 1460
Zephyr Cove, NV. 89448

Re: John Hancock Insurance Premium

This letter is to certify that **J. Michael Roney Insurance Services Inc.** forwarded a quarterly payment, in the amount of **$12,309.25** to **Alfred Villalobos** for his *John Hancock* premium; policy number **81556854**. The due date for this quarterly premium was June 26, 2010...

These monies were to cover a 90 day grace-period to assist Mr. Villalobos while certain personal legal entanglements could be resolved.

Please see attached documents that correspond with the above notice...

Very cordially yours,

J. Michael Roney

JMR:gm

Enclosures: "Demand Note" between J. Michael Roney and Alfred J. Villalobos
Copy of the Cashier's Check payable to John Hancock Insurance

J. Michael Roney CA Lic# OA62353 Registered Representative
Securities offered through Ameritas Investment Corp. Member NASD, SIPC
Ameritas Investment Corp. and Michael Roney Insurance Services Inc. are not affiliated.

EXHIBIT " D "



| DATE | DESCRIPTION | | G.L./C NO. | AMOUNT |
|------|-------------|--|-----------|--------|
| June 24, 2010 | | | ████0013 | $12,309.25 |

## "DEMAND NOTE"
## BETWEEN J. MICHAEL RONEY AND ALFRED J. VILLALOBOS
## WITH COLLATERAL ASSIGNMENT OF POLICY

Initial Amount of Loan: **$12,309.25**

For value received on this **23rd** day of **June, 2010**, the undersigned **Alfred J. Villalobos,** hereinafter known as the "Borrower", residing at 1000 Holly Lane, Lake Village, Zephyr Cove in the state of Nevada promises to pay to the order of **J. Michael Roney**, hereinafter known as the "Lender", residing at Pasadena, in the state of California at Lender's domicile (or at such other place as the Lender may designate in writing) the sum of **$12,309.25** with interest payable at a blended annual interest rate of **6%,** together with any additional amounts borrowed from Lender from time to time as shown on Schedule A attached hereto, also with interest payable at a blended annual interest rate of **6%.**

The unpaid principal shall be payable at any time on demand of the Lender.

Any payment made by the borrower on this Note shall be applied to payment of outstanding principal.

The Borrower shall pledge property to secure the debt owed under this Note. Borrower hereby assigns to Lender as collateral a security interest in the property listed on attached Schedule B in an amount sufficient to pay the outstanding principal at anytime payment is demanded by the Lender. The Lender is not required to rely on the above pledge of security for the payment of this Note in the case of default, but may proceed directly against the Borrower.

The Borrower reserves the right to prepay this Note (in whole or in part) prior to the due date with no prepayment penalty.

If any payment obligation under this Note is not paid when demanded by the Lender, the Borrower shall be in default on the loan. In the case of default, Borrower promises to pay interest at the applicable federal short-term rate from the date of default until full payment is made and shall pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process. Borrower waives presentment for payment, protest, and notice of protest and nonpayment of this Note.

If any of the following events of default occur, this Note shall become due immediately, without demand or notice:

1.  The failure of the Borrower to pay the principal upon demand by the Lender;
2.  The death of the Borrower or Lender (unless the Note is extended by the Lender or the Lender's estate or successor);
3.  The misrepresentation by the Borrower to the Lender for the purpose of obtaining the loan or loans evidenced by this Note.

Additionally, the Borrower shall be in default on this Note if, without the written consent of the Lender, there is a sale, transfer, assignment, or any other disposition of assets pledged as security for the payment of this Note, or if there is a default in any security agreement which may secure this Note.

If, for any reason, any one or more of the provisions of this Note are determined by law to be unenforceable, the remaining provisions shall remain fully operative and enforceable. All payments due on this Note shall be paid in the legal currency of the United States. This Note shall be governed by the laws of the State of California.

No renewal or extension of this Note, delay in enforcing any right of the Lender under this Note, or assignment by Lender of this Note shall affect the liability of the Borrower or any obligation of the Borrower or right of the Lender under this Note. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Lender's option.

Signed this _____ day of _____, _____, at Zephyr Cove, Nevada.

Borrower:

By: _____

**Alfred J. Villalobos**

Lender:

By: _____

**J. Michael Roney**

# SCHEDULE A

| *BORROWER* | *LENDER* | *LOAN DATE* | *LOAN AMT.* | *CUMULATIVE LOAN* |
|---|---|---|---|---|
| A.Villalobos | M. Roney | 6/23/2010 | $12,310.25 | $12,310.25 |

# SCHEDULE B

## SCHEDULE OF PROPERTY ASSIGNED AS COLLATERAL

| DESCRIPTION OF PROPERTY | PROPERTY VALUE |
|---|---|
| John Hancock Life Insurance Policy | $9,000,000 |
| (Policy # 81 556 854) | |

Exhibit "E"

Exhibit "E"

JHAV0025



LIFE INSURANCE

**Instructions on completing**
**Change of Ownership (Absolute Assignment)**

Mail your request to:
| | |
|---|---|
| For Individual Life Products, | For Majestic Series Products, |
| Customer Service Center R-02 | Specialty Products & Distribution C-6 |
| John Hancock | John Hancock |
| 1 John Hancock Way Suite 1350 | PO Box 192 |
| Boston MA 02217-1099 | Boston MA 02117-0192 |

---

### Important Notice

Before completing this form, please read this and the form carefully!

- If any person using this form has a question as to any tax implications or legal effect of its provisions, such person should consult their own lawyer for advice.
- If you require any changes to your Pre-Authorized Checking, please advise us immediately.
- This form also changes the beneficiary to the New Owner (Assignee).

---

**Section A - Current Policy Information (To be completed by Current Owner)**

1) Complete policy number, life insured name(s) and current owner(s) name, address and phone number.

**Section B - Change of Ownership (To be completed by Current Owner)**

To complete this section, select the type of Assignment: "For value received" or "A Gift".

1) Complete the New Owner section with the full name of the person(s) or entity you wish to transfer ownership (If you are transferring ownership to a trust, include the full name of trustee(s), name of trust and date of trust).
2) Complete the Mailing and Billing Address of the New Owner.

**Section C - Signature(s) of Current Owner (To be signed by Current Owner requesting this transfer)**

1) If the current owner requesting a transfer is a corporation, the authorized signing officer must in addition to their signature, print their name and title. (The signing officer must be an impartial party; otherwise we will require 1. a Corporate Seal affixed to the form and/or 2. second signing officer).
2) If the policy is owned by trustee(s) the trustee(s) must indicate their title and all trustees(s) must sign.
3) Indicate the location (City/State) and date the request.
4) Have the form witnessed by an impartial party.

**Section D - Request for Taxpayer Identification Number and Certification (To be completed by the NEW Owner)**

- Complete the Section for Taxpayer Information and Certification.
  1) For individuals use your social security number.
  2) For partnerships, corporations or irrevocable trusts: use the nine digit tax identification number or employer identification number.
  3) Check off appropriate boxes, under Certification of Taxpayer ID and Backup Withholding status.

- If you are subject to backup withholding the IRS would have notified you.
  You would be subject to backup withholding if:
  1) you do not furnish a certified TIN to John Hancock or the IRS notified John Hancock that you furnished an incorrect TIN,
  2) you are notified by the IRS that you are subject to backup tax withholding for failing to report all income on your tax return OR
  3) you fail to certify that you are not subject to backup withholding.

- Sign and Date this section by NEW Owner (refer to Signature Requirements).

*Retain for your records.*

PS5115US (01/2010)

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

EXHIBIT " E "

*John Hancock*
LIFE INSURANCE

## Change of Ownership (Absolute Assignment)

Mail your request to:
For Individual Life Products,
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

For Majestic Series Products,
Specialty Products & Distribution C-6
John Hancock
PO Box 192
Boston MA 02117-0192

### Section A - Current Policy Information

1. a) Name of Owner(s)  **ARVCO Capital Research, LLC**

b) Policy Number  **81 556 854**

c) Life Insured(s)  **Alfred J.R. Villalobos**

d) Address

e) Daytime Phone No.  **775-588-9944**

### Section B - Change of Ownership (Absolute Assignment)

For ☐ Value received; or ☒ as a Gift for Love and Affection,

the undersigned hereby transfers and assigns absolutely, all rights, title and interest in the above policy(ies) to the Assignee(s) indicated below and **HEREBY REVOKES ANY BENEFICIARY DESIGNATION** or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to the Assignee(s) and, if more than one, in the same proportion as their ownership rights bear to one another. The Assignor(s) WARRANT the validity of this assignment.

Name of New Owner (Assignee)  **See "New Owner Exhibit"**

Relationship to Life Insured  **See Exhibit**

Mailing and Billing Address of New Owner (Assignee) - Street, City, State, Zip Code
if no address is indicated, the Mailing and Billing Address will remain the same.

**P.O. Box 1460**
**Zephyr Cove, NV 89448**

### Section C - Signature(s) of Current Owner - Person/entity making this transfer

Signed at City/State  **Stateline, Nevada**

Date  **9/9/10**

Signature of Witness

(1) Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
x  *Alfred J.R. Villalobos, Managing Member*

Signature of Witness  *Alfred N. Villalobos*

(2) Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
x

(3)
(4)
(5)
(6)
(7)

PS6115US (01/2010)

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

JHAV0027

## NEW OWNER EXHIBIT

<u>Name</u>                                                                    <u>Social Security</u>

1) Alfred J. R. Villalobos Estate-Estate (1/9[th] owner)
2) Eric W. Villalobos –Son(1/9[th] owner)
3) Jessica Kinley Rae Villalobos-Granddaughter (1/9[th] owner)
4) Adriana Ivette Villalobos-Granddaughter (3/9ths owner)
5) Alfred James Villalobos-Grandson (1/9[th] owner)
6) Emiliano F. Villalobos-Grandson (1/9[th] owner)
7) Christian D. Villalobos-Grandson (1/9[th] owner)



JHAV0028

**Section D – Request for Taxpayer Identification Number and Certification - MUST be completed by the NEW Owner**

In order to comply with IRS regulations regarding Tax Identification Numbers and Backup Withholding, individuals and sole proprietors MUST give their Social Security Number. Other entities MUST give their Employer Identification Number.

If you have no number or you have applied for a number and are waiting for one to be issued, write "APPLIED FOR" in the boxes. You then have 60 days to supply your TIN number to us. After 60 days The Company must begin Backup Withholding.

**Social Security Number**

See "New Owner Exhibit"

**Tax ID Number**

**CERTIFICATION - UNDER PENALTIES OF PERJURY, I CERTIFY THAT:**

☒ The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me).

☐ For Minnesota residents only. I have received a copy of IRS Form W9.

☐ Check box ONLY if you are not a United States citizen (complete IRS Form W-8BEN).

☐ I am no longer subject to Backup Tax Withholding.

☐ I am subject to Backup Tax Withholding.

☒ I am exempt from Backup Tax Withholding.

Signed at City/State _____  Date _____

Signature of NEW Owner/Taxpayer (if corporation, officer(s) Name/Title must be indicated)

(1) x _____ (estate of Alfred J.R. Villalobos)

(2) _____ (For Emiliano Villalobos, a Minor)

(3) _____ (For Christian Villalobos, a Minor)

(4) _____ (For Alfred James Villalobos, a minor)

(5) _____ (Jessica K.R. Villalobos)

(6) _____ (Eric W. Villalobos)

(7) _____ (Adriana I. Villalobos

Page 2 of 2
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 1 0595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

# Exhibit "F"

# Exhibit "F"



LIFE INSURANCE

**Instructions on completing**
**Change of Beneficiary - Life**

Mail your request to:
For Individual Life Products,
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

For Majestic Series Products,
Specialty Products & Distribution C-6
John Hancock
PO Box 192
Boston MA 02117-0192

---

### Important Notice

If any person using this form has a question as to the legal effect of its provisions or tax or other implications of changing the designation, such person should consult their own lawyer for advice.

---

**Section A - Policy Information**

1) Complete policy number, life insured name(s) and owner(s) name, address and phone number (or indicate new address, if changed).

**Section B - Beneficiary Designation**

1) Complete the Primary Beneficiary Section with the name of the new beneficiary(s) ; their tax identification number and relationship to life insured;

2) Complete the Secondary (contingent) beneficiary section, if applicable.

3) Complete the Final (contingent) beneficiary section, if applicable.

**Section C - Signature(s) of Owner**

1) If the owner is a corporation, the authorized signing officer must in addition to their signature print their name and title. (The signing officer must be an impartial party; otherwise we will require 1.) Corporate Seal affixed to the form and/or 2.) Authorized second signing officer).

2) If the policy is owned by trustee(s) the trustee(s) must indicate their title and all trustees(s) on record must sign.

3) Indicate the location (City/State) and date the request.

4) Have the form witnessed by a dis-interested party.

---

### Sample Beneficiary Designations are provided as a reference only.

1) Primary — Estate of the Life Insured

2) Primary — Mary J. Doe, wife
   Secondary — John Doe, James Doe, Ann Smith, children

3) Primary — Mary Smith, wife
   Secondary — John Smith and Ann Smith, children. Any payment due to a beneficiary during minority shall be paid to James Smith, brother of the Life Insured for the benefit of such beneficiary.

4) Primary — The trustee of the trust created in the instrument admitted to probate as my Last Will and
   (Testamentary Trust) Testament provided, however, should my Last Will and Testament contain no Trust or not be admitted to probate or should I die intestate, then to my Executors or Administrators.

5) Primary (Trust) — John Doe, Trustee or any successor Trustee of Doe Family Trust dated January 01, 2004

6) Primary — 75% to Jane Doe and 25% to John Doe
   (un- equal allocation*) *Always use percentages (%)

---

### Retain for your records.

PS5114US (01/2010)

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

EXHIBIT " E "

JHAV0030

*John Hancock*

LIFE INSURANCE

## Change of Beneficiary - Life

Mail your request to:
For Individual Life Products,          For Majestic Series Products,
Customer Service Center R-02            Specialty Products & Distribution C-6
John Hancock                            John Hancock
1 John Hancock Way Suite 1350           PO Box 192
Boston MA 02217-1099                    Boston MA 02117-0192

### Section A - Current Policy Information

1. a) Name of Owner(s)  **ARVCO Capital Research, LLC**    b) Policy Number **81 566 854**

c) Life Insured(s)  **Alfred J.R. Villalobos**

d) Address  **P.O. Box 1460**
             **Zephyr Cove, NV 89448**     e) Daytime Phone No. **775-588-9944**

☐ Please check for address change

### Section B - Beneficiary Designation

Subject to the terms of the policy(ies) and any Assignee on record with John Hancock, the undersigned hereby revokes any beneficiary designation or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to:

Primary Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|------|--------------|-----------------|

**See Attached "Primary Beneficiary Attachment"**

Secondary Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|------|--------------|-----------------|

Final Beneficiary(ies)

| Name | Relationship | Taxpayer number |
|------|--------------|-----------------|

### Section C - Signature of Owner(s)

Important: See also provisions on the reverse of this form which are hereby made a part of this beneficiary designation.

Signed at City/State                              Date
**Stateline, Nevada**                             **9-10-2010**

Signature of Witness                              Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X                                                 X  *Managing Member*

Signature of Witness                              Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X  *Alfred N. Villalobos II*                      X

PSS114US (01/2010)                                                                     Page 1 of 2

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

## Provisions Relating To Beneficiary Designation

This form provides for three classes of beneficiaries - Primary, Secondary and Final but it is not necessary to designate beneficiaries in all classes. Phrases such as "if living, otherwise", "share and share alike" or "equally" are not necessary as these are covered by this form. Any corrections to this form should be initialled by the signer.

For the purpose of this beneficiary designation, Life Insured means the individual upon whose death, the proceeds are payable.

If the beneficiary designated is the trustee of an Inter Vivos Trust, and if John Hancock receives proof satisfactory to it that the trust is not in effect when any death benefit is payable, then John Hancock will pay the death benefit as if the trust beneficiary had died before the Life Insured. If the beneficiary designated is the trustee of a Testamentary Trust, it will be deemed to be the trust which is created under a Last Will and Testament and if, when the death benefit is payable, it is found that the Last Will and Testament contains no trust or is not admitted to Probate or the Life Insured died intestate, then John Hancock will pay the death benefit as if the trust beneficiary died before the Life Insured.

**Beneficiary Classification.** Unless otherwise specified, beneficiaries in the same class will share equally in any death benefit payable to them. If proceeds are payable in unequal shares, express the shares as a percentage of the proceeds payable. If a beneficiary dies before the benefit is payable, his or her share will be allocated equally among any surviving beneficiaries in the same class.

PSS114US (01/2010)                                                                                                          Page 2 of 2
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

JHAV0032

PRIMARY BENEFICIARY ATTACHMENT

| Primary Beneficiary & Interest | Relationship | Taxpayer Number |
|---|---|---|
| (1) Alfred J.R. Villalobos Estate | Estate | |
| One ninth interest | | |
| (2) Eric W. Villalobos | Son | |
| One ninth interest | | |
| (3) Jessica Kinley Rae | Granddaughter | |
| One ninth interest | | |
| (4) Adriana Ivette Villalobos | Granddaughter | |
| Three ninths interest | | |
| (5) Alfred James Villalobos | Grandson | |
| One ninth interest | | |
| (6) Emiliano F. Villalobos | Grandson | |
| One ninth interest | | |
| (7) Christian D. Villalobos | Grandson | |
| One ninth interest | | |

For Primary Beneficiaries 2 (Eric W. Villalobos), 3 (Jessica Kinley Rae Villalobos) ,5 (Alfred James Villalobos), 6 (Emiliano F. Villalobos), and 7 (Christian D. Villalobos), in the event that any one person or more of them, pre-decease the insured, then the remaining beneficiaries who are people, not including the estate of Alfred J. R. Villalobos, shall be entitled to share equally with the other surviving beneficiaries 2 (Eric W. Villalobos), 3 (Jessica Kinley Rae Villalobos), 5(Alfred James Villalobos), 6 (Emiliano F. Villalobos), and 7 (Christian D. Villalobos) the deceased primary beneficiary's benefit as secondary beneficiaries.

For Primary Beneficiary 4 (Adriana I. Villalobos), in the event that Adriana I. Villalobos predeceases the insured, then the 2/9ths of the benefit shall be distributed to Carrissa D. Villalobos granddaughter of the insured as secondary beneficiary, and $1/9^{th}$ of the benefit shall be distributed equally to beneficiaries (6) Emiliano F. Villalobos and (7) Christian D. Villalobos.   Carrissa D. Villalobos Tax ID number is ███████████.   In the event that Carrissa D. Villalobos pre-deceases Adriana I. Villalobos and the insured, then the 3/9ths interest shall be distributed equally between beneficiaries (6) Emiliano F. Villalobos and (7) Christian D. Villalobos.

Exhibit "G"

Exhibit "G"

JHAV0115

*John Hancock*

December 06, 2010

ARVCO CAPITAL RESEARCH
PO BOX 3720
STATELINE NV 89449

Dear Arvco Capital Research :

RE:       Policy No. 81 556 854   Insured(s): Alfred J. R. Villalobos
          John Hancock Life Insurance Company (U.S.A.)

We have received your request to process a ownership change on your policy, however,  the requirements we have received are incomplete.   Once all requirements are received we will process the change on the policy.   The following is still outstanding:

●       **We require a copy of the new owner exhibit(with names of owners) to be provided, as a copy was not provided with the enclosed change of ownership and beneficiary forms.**

●    **Please note that the Estate of JR Villalobos cannot be listed as an owner, as the estate will be established at the time of death.**

●    **In addition we require the name of the trusted adult who will receive any proceeds due to a minor during minority to be provided for the minor owners that you have indicated on the form.Please confirm if the named person is family appointed or court appointed. If court appointed we will require the supporting legal documentation in order to update our files.**

If you require additional information, please contact our Customer Service Center at 1-800-387-2747. Thank you for selecting John Hancock for your financial needs.

**Customer Service Forms are now online for your convenience!  Just visit www.jhlifeinsurance.com..**

Sincerely,

David Kelly
Customer Service Center
encl.

Customer Service Center R-02
1 John Hancock Way Suite 1350, Boston, MA 02217-1099
Toll Free: (800) 387-2747   Fax: (416) 926-5656

www.jhlifeinsurance.com

EXHIBIT " G "

# Exhibit "H"

# Exhibit "H"

REDACTED

70 S. Lake Ave., Suite 950
Pasadena, CA 91101
626-795-9590
626-795-1582
roneyco@pacbell.net
www.michaelroney.com



## Roney & Company

# Fax

| To: | David Kelly – John Hancock | From: | J. Michael Roney |
|---|---|---|---|
| Fax: | 416-926-5656 | Pages: | 10 |
| Phone: | 800-387-2747 | Date: | 12/9/2010 |
| Re: | Alfred J.R. Villalobos #81 556 854 | CC: | |

X **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

**ATTN: David Kelly - Customer Service Department**
**Re: Villalobos Change of Ownership and Change of Beneficiary**

Please find attached the following documents:

John Hancock Letter dated December 6, 2010
Ownership change forms
Beneficiary Change Form

Please process these changes on a rush basis and send confirmation to our office as soon as possible.
Additionally, please confirm receipt of this fax to **roneyco@pacell.net**.

Should you have any questions, please feel free to contact me at the phone number referenced above.

Thank you,

J.Michael Roney
70 S. Lake Ave., # 950
Pasadena, CA 91101
Office: 626-795-9590
Fax: 626-795-1582
roneyco@pacbell.net



December 06, 2010

ARVCO CAPITAL RESEARCH
PO BOX 3720
STATELINE NV 89449

Dear Arvco Capital Research :

RE:      Policy No. 81 556 854  Insured(s): Alfred J. R. Villalobos
         John Hancock Life Insurance Company (U.S.A.)

We have received your request to process a ownership change on your policy, however, the requirements we have received are incomplete. Once all requirements are received we will process the change on the policy. The following is still outstanding:

●    We require a copy of the new owner exhibit(with names of owners) to be provided, as a copy was not provided with the enclosed change of ownership and beneficiary forms.

●    Please note that the Estate of JR Villalobos cannot be listed as an owner, as the estate will be established at the time of death.

●    In addition we require the name of the trusted adult who will receive any proceeds due to a minor during minority to be provided for the minor owners that you have indicated on the form. Please confirm if the named person is family appointed or court appointed. If court appointed we will require the supporting legal documentation in order to update our files.

If you require additional information, please contact our Customer Service Center at 1-800-387-2747. Thank you for selecting John Hancock for your financial needs.

Customer Service Forms are now online for your convenience! Just visit www.jhlifeinsurance.com..

Sincerely,

David Kelly
Customer Service Center
encl.

Customer Service Center R-02
1 John Hancock Way Suite 1350, Boston, MA 02217-1099
Toll Free: (800) 387-2747   Fax: (416) 926-5656                                    www.jhlifeinsurance.com

JHAV0025



LIFE INSURANCE

**Instructions on completing
Change of Ownership (Absolute Assignment)**

*Mail your request to:*
*For Individual Life Products,*
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

*For Majestic Series Products,*
Specialty Products & Distribution C-6
John Hancock
PO Box 192
Boston MA 02117-0192

---

### Important Notice

Before completing this form, please read this and the form carefully!

- If any person using this form has a question as to any tax implications or legal effect of its provisions, such person should consult their own lawyer for advice.
- If you require any changes to your Pre-Authorized Checking, please advise us immediately.
- This form also changes the beneficiary to the New Owner (Assignee).

---

**Section A - Current Policy Information (To be completed by Current Owner)**

1) Complete policy number, life insured name(s) and current owner(s) name, address and phone number.

**Section B - Change of Ownership (To be completed by Current Owner)**

To complete this section, select the type of Assignment: "For value received" or "A Gift".

1) Complete the New Owner section with the full name of the person(s) or entity you wish to transfer ownership (If you are transferring ownership to a trust, include the full name of trustee(s), name of trust and date of trust).
2) Complete the Mailing and Billing Address of the New Owner.

**Section C - Signature(s) of Current Owner (To be signed by Current Owner requesting this transfer)**

1) If the current owner requesting a transfer is a corporation, the authorized signing officer must in addition to their signature, print their name and title. (The signing officer must be an impartial party; otherwise we will require 1. a Corporate Seal affixed to the form and/or 2. second signing officer).
2) If the policy is owned by trustee(s) the trustee(s) must indicate their title and all trustees(s) must sign.
3) Indicate the location (City/State) and date the request.
4) Have the form witnessed by an impartial party.

**Section D - Request for Taxpayer Identification Number and Certification (To be completed by the NEW Owner)**

- Complete the Section for Taxpayer Information and Certification.

  1) For individuals use your social security number.
  2) For partnerships, corporations or irrevocable trusts use the nine digit tax identification number or employer identification number.
  3) Check off appropriate boxes, under Certification of Taxpayer ID and Backup Withholding status.

- If you are subject to backup withholding the IRS would have notified you.

  You would be subject to backup withholding if:

  1) you do not furnish a certified TIN to John Hancock or the IRS notified John Hancock that you furnished an incorrect TIN,
  2) you are notified by the IRS that you are subject to backup tax withholding for failing to report all income on your tax return OR
  3) you fail to certify that you are not subject to backup withholding.

- Sign and Date this section by NEW Owner (refer to Signature Requirements).

---

*Retain for your records.*

PS5115US (01/2010)
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

JHAV0026

*John Hancock*
LIFE INSURANCE

**Change of Ownership (Absolute Assignment)**

Mail your request to:
For Individual Life Products,          For Majestic Series Products,
Customer Service Center R-02           Specialty Products & Distribution C-6
John Hancock                           John Hancock
1 John Hancock Way Suite 1350          PO Box 192
Boston MA 02217-1099                   Boston MA 02117-0192

---

**Section A - Current Policy Information**

1. a) Name of Owner(s)   ARVCO Capital Research, LLC

   b) Policy Number   81 556 854

   c) Life Insured(s)   Alfred J.R. Villalobos

   d) Address

   e) Daytime Phone No.   775-588-9944

---

**Section B - Change of Ownership (Absolute Assignment)**

For ☐ Value received; or ☒ as a Gift for Love and Affection,

the undersigned hereby transfers and assigns absolutely, all rights, title and interest in the above policy(ies) to the Assignee(s) indicated below and **HEREBY REVOKES ANY BENEFICIARY DESIGNATION** or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to the Assignee(s) and, if more than one, in the same proportion as their ownership rights bear to one another. The Assignor(s) WARRANT the validity of this assignment.

Name of New Owner (Assignee)

See "New Owner Exhibit"

Relationship to Life Insured

See Exhibit

Mailing and Billing Address of New Owner (Assignee) - Street, City, State, Zip Code
If no address is indicated, the Mailing and Billing
Address will remain the same.

P.O. Box 1460
Zephyr Cove, NV 89448

---

**Section C - Signature(s) of Current Owner - Person/entity making this transfer**

Signed at City/State   Date  9/9/10

Stateline, Nevada

Signature of Witness

(1) Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X                                MANAGING MEMBER

Signature of Witness

Alfred N. Villalobos

(2) Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X

(3)

(4)

(5)

(6)

(7)

PS5115US (01/2010)   Page 1 of 3

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

JHAV0027

NEW OWNER EXHIBIT

Name                                                    Social Security

1) Alfred J. R. Villalobos Estate-Estate (1/9th owner)
2) Eric W. Villalobos –Son(1/9th owner)
3) Jessica Kinley Rae Villalobos-Granddaughter (1/9th owner)
4) Adriana Ivette Villalobos-Granddaughter (3/9ths owner)
5) Alfred James Villalobos-Grandson (1/9th owner)
6) Emiliano F. Villalobos-Grandson (1/9th owner)
7) Christian D. Villalobos-Grandson (1/9th owner)



Section D – Request for Taxpayer Identification Number and Certification - MUST be completed by the NEW Owner

In order to comply with IRS regulations regarding Tax Identification Numbers and Backup Withholding, individuals and sole proprietors MUST give their Social Security Number. Other entities MUST give their Employer Identification Number.

If you have no number or you have applied for a number and are waiting for one to be issued, write "APPLIED FOR" in the boxes. You then have 60 days to supply your TIN number to us. After 60 days The Company must begin Backup Withholding.

**Social Security Number**

See "New Owner Exhibit"

**Tax ID Number**

CERTIFICATION - UNDER PENALTIES OF PERJURY, I CERTIFY THAT:

☒ The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me).

☐ For Minnesota residents only. I have received a copy of IRS Form W9.

☐ Check box ONLY if you are not a United States citizen (complete IRS Form W-8BEN).

☐ I am no longer subject to Backup Tax Withholding.

☐ I am subject to Backup Tax Withholding.

☒ I am exempt from Backup Tax Withholding.

Signed at City/State                                                 Date

Signature of NEW Owner/Taxpayer (if corporation officer(s) Name/Title must be indicated)

(1) x _____ (estate of Alfred J.R. Villalobos)

(2) _____ (for Emiliano Villalobos, a Minor)

(3) _____ (for Christian Villalobos, a Minor)

(4) _____ (for Alfred James Villalobos, a minor)

(5) _____ (Jessica K.R. Villalobos)

(6) _____ (Eric W. Villalobos)

(7) _____ (Adriana I. Villalobos

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 1 695 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

JHAV0029

*John Hancock.*
LIFE INSURANCE

### Instructions on completing
### Change of Beneficiary - Life

*Mail your request to:*

| | |
|---|---|
| **For Individual Life Products,** | **For Majestic Series Products,** |
| Customer Service Center R-02 | Specialty Products & Distribution C-6 |
| John Hancock | John Hancock |
| 1 John Hancock Way Suite 1350 | PO Box 192 |
| Boston MA 02217-1099 | Boston MA 02217-0192 |

---

#### Important Notice

If any person using this form has a question as to the legal effect of its provisions or tax or other implications of changing the designation, such person should consult their own lawyer for advice.

---

**Section A - Policy Information**

1) Complete policy number, life insured name(s) and owner(s) name, address and phone number (or indicate new address, if changed).

**Section B - Beneficiary Designation**

1) Complete the **Primary** Beneficiary Section with the name of the new beneficiary(s) ; their tax identification number and relationship to life insured;

2) Complete the **Secondary** (contingent) beneficiary section, if applicable.

3) Complete the **Final** (contingent) beneficiary section, if applicable.

**Section C - Signature(s) of Owner**

1) If the owner is a corporation, the authorized signing officer must in addition to their signature print their name and title. (The signing officer must be an impartial party; otherwise we will require 1.) Corporate Seal affixed to the form and/or 2.) Authorized second signing officer).

2) If the policy is owned by trustee(s) the trustee(s) must indicate their title and all trustees(s) on record must sign.

3) Indicate the location (City/State) and date the request.

4) Have the form witnessed by a dis-interested party.

---

#### Sample Beneficiary Designations are provided as a reference only.

| | | |
|---|---|---|
| 1) | Primary | Estate of the Life Insured |
| 2) | Primary | Mary J. Doe, wife |
| | Secondary | John Doe, James Doe, Ann Smith, children |
| 3) | Primary | Mary Smith, wife |
| | Secondary | John Smith and Ann Smith, children. Any payment due to a beneficiary during minority shall be paid to James Smith, brother of the Life Insured for the benefit of such beneficiary. |
| 4) | Primary (Testamentary Trust) | The trustee of the trust created in the instrument admitted to probate as my Last Will and Testament provided, however, should my Last Will and Testament contain no Trust or not be admitted to probate or should I die intestate, then to my Executors or Administrators. |
| 5) | Primary (Trust) | John Doe, Trustee or any successor Trustee of Doe Family Trust dated January 01, 2004 |
| 6) | Primary (un- equal allocation*) | 75% to Jane Doe and 25% to John Doe *Always use percentages (%) |

*Retain for your records.*

PSS114US (01/2010)
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

Exhibit "I"

Exhibit "I"



John Hancock Life Insurance Co. (USA)

Attn: Title Department

Via Fax: 416-926-5656

12-27-2010

Ref: Policy #: 81 556 854

Ins.: Alfred J.R. Villalobos

Dear Sirs:

On approximately 9-9-2010 and/or 9-10-2010 we sent you a change(s) in ownership and a change of beneficiaries. We did not understand the instructions and the information was not properly prepared. Please disregard those forms and we will send the information in the proper format to you in a few days.

Thank you for your cooperation.

Alfred J. R. Villalobos

Chairman and Managing Member

P.O. BOX 3720/1000 HOLLY LANE/ZEPHYR COVE, NV 89449
TEL 775.588.9944 FAX 775.588.9977

EXHIBIT " I "

# Exhibit "J"

# Exhibit "J"



ARVco
CAPITAL
RESEARCH, LLC

John Hancock Life Insurance Co. (USA)

Attn: Title Department

Via Fax: 416-926-5656

12-27-2010

Ref: Policy #: 81 556 854

Ins.: Alfred J.R. Villalobos

Dear Sirs:

On approximately 9-9-2010 and/or 9-10-2010 we sent you a change(s) in ownership and a change of beneficiaries. We did not understand the instructions and the information was not properly prepared. Please disregard those forms and we will send the information in the proper format to you in a few days.

Thank you for your cooperation.

_Alfred J. R. Villalobos_

Alfred J. R. Villalobos

Chairman and Managing Member

On behalf of minors:

A.J. Villalobos (16)
E.F. Villalobos (10)
C.D. Villalobos (8)

_Adriana Villalobos_

Adriana Villalobos

_Carrissa Dolores Villalobos_
Carrissa Dolores Villalobos

Received and filed by **The Company**
on........ JAN 2 8 2011 ......................

EXHIBIT "J"

# Exhibit "K"

# Exhibit "K"

JHAV0034

*John Hancock*

LIFE INSURANCE

## Change of Ownership (Absolute Assignment)

Mail your request to:
For Individual Life Products,
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

For Majestic Series Products,
Specialty Products & Distribution C-8
John Hancock
PO Box 192
Boston MA 02117-0192

### Section A - Current Policy Information

1. a) Name of Arvco Capital Research Owner(s)

b) Policy Number    61 556 854

c) Life Insured(s) Alfred J. R. Villalobos

d) Address PO BOX 3720
STATELINE, NV 89449

e) Daytime Phone No    818-416-6214

### Section B - Change of Ownership (Absolute Assignment)

For ☐ Value received; or ☒ as a Gift for Love and Affection,

the undersigned hereby transfers and assigns absolutely, all rights, title and interest in the above policy(ies) to the Assignee(s) indicated below and HEREBY REVOKES ANY BENEFICIARY DESIGNATION or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to the Assignee(s) and, if more than one, in the same proportion as their ownership rights bear to one another. The Assignor(s) WARRANT the validity of this assignment.

Name of New Owner (Assignee)

Jessica Kinley-Rae Villalobos    / Tax ID#:          Relationship to Life Insured
~~Carissa Delores Villalobos~~      ~~/ Tax ID#: 691 09 8775~~      Granddaughter
                                                         ~~Granddaughter~~

Mailing and Billing Address of New Owner (Assignee) -
If no address is indicated, the Mailing and Billing
Address will remain the same.

Street, City, State, Zip Code
P.O. Box 1460
Zephyr Cove, NV 89448

### Section C - Signature(s) of Current Owner - Person/entity making this transfer

Signed at City/State  Zephyr Cove, NV 89448     Date  Jan. 5, 2011

Signature of Witness  Josh Roybal

Signature of Witness  Jason Cancel

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
                              Alfred J.R. Villalobos
                              Chairman, Managing Member

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
x
                              Alfred N. Villalobos
                              General Counsel

PS5116US (01/2010)
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

Page 1 of 2

EXHIBIT K

JHAV0035

## Section D - Request for Taxpayer Identification Number and Certification - MUST be completed by the NEW Owner

In order to comply with IRS regulations regarding Tax Identification Numbers and Backup Withholding, individuals and sole proprietors MUST give their Social Security Number. Other entities MUST give their Employer Identification Number.

**Social Security Number**

"SEE BELOW"

If you have no number or you have applied for a number and are waiting for one to be issued, write "APPLIED FOR" in the boxes. You then have 60 days to supply your TIN number to us. After 60 days The Company must begin Backup Withholding.

**Tax ID Number**

## CERTIFICATION - UNDER PENALTIES OF PERJURY, I CERTIFY THAT:

☒ The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me).

☐ For Minnesota residents only. I have received a copy of IRS Form W9.

☐ Check box ONLY if you are not a United States citizen (complete IRS Form W-8BEN).

☐ I am no longer subject to Backup Tax Withholding.
☐ I am subject to Backup Tax Withholding.
☒ I am exempt from Backup Tax Withholding.

Signed at City/State    Zephyr Cove, NV 89448

Date    Jan. 5, 2011

Signature of NEW Owner/Taxpayer (Corporation, official(s) Name/Title must be indicated)

x _____    Date: January 5, 2011

Signed at City/State: Zephyr Cove, NV 89448

x Carrissa Dolores Villalobos    January 5, 2011
Signature of NEW Owner/Taxpayer    Date

Jessica Kinley-Rae Villalobos ▓ / Tax ID# ▓ Granddaughter
Carrissa Dolores Villalobos ▓ / Tax ID# ▓ Granddaughter

P65116US (01/2010)    Page 2 of 2
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

# Exhibit "L"

# Exhibit "L"

*John Hancock.*

LIFE INSURANCE

Change of Beneficiary - Life

JHAV0036

Mail your request to:
For Individual Life Products,
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

For Majestic Series Products,
Specialty Products & Distribution C-6
John Hancock
PO Box 192
Boston MA 02117-0192

| Section A - Current Policy Information | |
|---|---|
| 1. a) Name of Owner(s) | Jessica Kinley-Rae Villalobos  Carrissa Dolores Villalobos |
| c) Life Insured(s) Alfred J. R. Villalobos | |

b) Policy Number  81 556 854

d) Address  P.O. Box 1460
Zephyr Cove, NV 89448

☐ Please check for address change

e) Daytime  (J) 530-545-0789
Phone No. (C) 818-632-4599

### Section B - Beneficiary Designation

Subject to the terms of the policy(ies) and any Assignee on record with John Hancock, the undersigned hereby revokes any beneficiary designation or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to:

**Primary Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|
| PLEASE SEE ATTACHED "NEW BENEFICIARY EXHIBIT" | | |

**Secondary Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|
| PLEASE SEE ATTACHED "NEW BENEFICIARY EXHIBIT" | | |

**Final Beneficiary(ies)**

| Name | Relationship | Taxpayer number |
|---|---|---|
| | | |

### Section C - Signature of Owner(s)

**Important:** See also provisions on the reverse of this form which are hereby made a part of this beneficiary designation.

Signed at City/State    Zephyr Cove, NV 89448

Date    January 7, 2011

Signature of Witness

x _____
Signature of Witness    Josh Roybal

x _____
Jason Cancel

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

x _____
Signature of Owner (if corporation, officer(s) Name/Title must be indicated)

x *Carrissa Dolores Villalobos*

PS5114US (01/2010)

Page 1 of 2

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

EXHIBIT L

## NEW BENEFICIARY EXHIBIT

| Primary Beneficiary | Interest ** | Relationship | Taxpayer # | Minor(s) Custodian & Tax I.D. Number |
|---|---|---|---|---|
| 1) Eric William Villalobos | 2/18's | Son | | |
| 2) Jessica Kinley-Rae Villalobos | 3/18's | Granddaughter | | |
| 3) Adriana Ivette Villalobos | 6/18's | Granddaughter | | |
| 4) Alfred James Villalobos | 3/18's | Grandson | | Jessica Kinley-Rae Villalobos — Tax ID #: |
| 5) Emiliano Francisco Villalobos | 2/18's | Grandson | | Carrissa Dolores Villalobos — Tax ID #: |
| 6) Christian Daniel Villalobos | 2/18's | Grandson | | Carrissa Dolores Villalobos — Tax ID #: |

* Birthdate (BD)
** 1/18 = $500,000 (Five Hundred Thousand Dollars)

In the event that any one or more Primary Beneficiaries predecease the insured, then the remaining beneficiaries shall be entitled to share equally with the other surviving beneficiaries the deceased beneficiary's benefit as secondary beneficiaries.

Designated By:

Jessica Kinley-Rae Villalobos, Owner
Date: 1-7-10

Witness: _____ Date: 1-7-2011
Josh Roybal

Carrissa Dolores Villalobos, Owner
Date: 01/07/11

Witness: _____ Date: 1/7/2011
Jason Cancel

# Exhibit "M"

# Exhibit "M"

JHAV0123



January 31, 2011

A J R VILLALOBOS,E W VILLALOBOS,
J K R VILLALOBOS,A I VILLALOBOS, AFRED J
VILLALOBOS,EMILIANO F VILLALOBOS & C D VILLALOBOS
PO BOX 1460
ZEPHYR COVE NV 89448

Dear A J R Villalobos,E W Villalobos,J K R Villalobos,A I Villalobos, AJ
Villalobos,EF Villalobos & CD Villalobos:
:

RE:      Policy No. 81 556 854   Insured(s): Alfred J. R. Villalobos
         John Hancock Life Insurance Company (U.S.A.)

Further to the letter received from Alfred J.R. Villalobos, Chairman and Managing Member, dated December 27,
2010, in which Mr Villalobos advised us to disregard the change of ownership and beneficiary forms dated
September 09, 2010 and September 10, 2010.  These change forms were received and filed by John Hanock in our
letter dated Januaryt 5, 2011.  Mr Villalobos noted he did not understand the instructions and the information was
not properly prepared.  Based on his letter we have reversed the change of ownership back to the previous owner,
Arvro Capital Research.  While we have cancelled the request, we are asking each of you to sign the copy of his
letter dated Dec 27, 2010, and return it to us at your earliest convenience.  This letter will be kept on file for our
records.  Please attach this letter to your policy contract for future reference.

If you require additional information, please contact our Customer Service Center at 1-800-387-2747. Thank you
for selecting John Hancock for your financial needs.

Sincerely,

*Michael Hamilton*
Titles Analyst
Customer Service Center

cc:  J Michael Roney Ins. Serv Inc.
      Arvco Capital Research
encl.

Customer Service Center R-02
1 John Hancock Way Suite 1350, Boston, MA 02217-1099
Toll Free: (800) 387-2747   Fax: (416) 926-5656                        www.jhlifeinsurance.com

EXHIBIT "M"

# Exhibit "N"

# Exhibit "N"

**Holly Estes**

| | |
|---|---|
| **From:** | Dan Apodaca <Dan@apocpa.com> |
| **Sent:** | Monday, October 27, 2014 5:56 PM |
| **To:** | Holly Estes |
| **Attachments:** | Villalobos Material.pdf |

Loans from Dan and proceeds from construction defect settlement

EXHIBIT "N"

# LOANS TO ALFRED J.R. VILLALOBOS
# FROM DANIEL E. APODACA

| Date | Amount | Source | Disposition of loans |
|---|---|---|---|
| 10/31/2012 | $ 4,000.00 | Cash- Dan personal | Money orders to Forest Lawn |
| 10/25/2012 | 11,000.00 | Dan's personal equity Line | Money orders to Forest Lawn |
| 12/7/2012 | 15,000.00 | Cash - Dan personal account (from Fred F.) | AJ personal account-US Bank |
| 1/8/2013 | 1,500.00 | Dan-Citibank-personal account | AJ personal account-US Bank |
| 1/17/2013 | 3,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 2/7/2013 | 2,000.00 | Cash- Dan personal account | AJ personal account-US Bank |
| 2/8/2013 | 25,000.00 | Ed Foster to Dan-Dan to AJ Villalobos | AJ personal account-US Bank |
| 2/22/2013 | 2,000.00 | Cash - Dan personal account | AJ personal account-US Bank |
| 2/27/2013 | 500.00 | Dan Firm - for Carissa | AJ grand-daughter check |
| 2/27/2013 | 1,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 2/28/2013 | 1,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 3/7/2013 | 5,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 3/21/2013 | 400.00 | Dan Firm-to US Bank for fees | US Bank- to make copies |
| 3/30/2013 | 2,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 4/8/2013 | 2,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 4/12/2013 | 500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 4/24/2013 | 4,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 5/1/2013 | 3,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 5/24/2013 | (3,600.00) | Cash received from sale of car | Dan's account |
| 5/29/2013 | 7,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 6/18/2013 | 25,000.00 | Cash-Dan personal account | AJ hand delivered |
| 6/21/2013 | 4,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 7/18/2013 | 2,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 7/23/2013 | 2,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 7/30/2012 | 1,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 8/14/2013 | 1,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 9/30/2013 | 4,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 10/19/2013 | 4,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 7/13/2013 | 1,000.00 | Dan Firm Account-Cash Deposit | Life Insurance checking and savings-open accounts |
| 2/26/2013 | 11,000.00 | Dan personal account | Deposit to Life Insurance Trust |
| 5/6/2013 | 12,350.00 | Dan personal account | Deposit to Life Insurance Trust |
| 8/26/2013 | 12,500.00 | Dan Firm Account-Cash Deposit | Deposit to Life Insurance Trust |
| 11/14/2013 | 12,500.00 | Dan Firm Account-Cash Deposit | Deposit to Life Insurance Trust |
| 12/14/2013 | 2,500.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 12/20/2013 | 1,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |
| 1/1/2014 | 500.00 | Dan personal account | Jason Cancel account |
| 1/9/2014 | 1,000.00 | Dan Firm Account-Cash Deposit | Jason Cancel account |
| 2/7/2014 | 12,310.20 | Dan Firm Account-Cash Deposit | Deposit to Life Insurance Trust |
| 2/24/2014 | 700.00 | Dan personal account | AJ personal account-US Bank |
| 3/24/2014 | 100.00 | Dan Firm Account-Cash Deposit | VFT |
| 5/13/2014 | 700.00 | Dan personal account | AJ personal account-US Bank |
| 5/15/2014 | 1,000.00 | Dan personal account | AJ personal account-US Bank |
| 5/22/2014 | 300.00 | Dan personal account | AJ personal account-US Bank |
| 5/29/2014 | 7,000.00 | Dan Firm Account-Cash Deposit | AJ personal account-US Bank |

Total Balance  $ 208,760.20

5:06 PM
10/27/14
Accrual Basis

# Daniel E. Apodaca, CPA
## Transactions by Account
### As of October 27, 2014

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **1253 · Loan Receivable - AJ-Expenses** | | | | | | | | 0.00 |
| General Journal | 1/20/2013 | CR | | Southwest Airlines-aj | | 3500 · Draws-... | 369.80 | 369.80 |
| General Journal | 1/20/2013 | CR | | Grand Sierra Adventure-aj | | 3500 · Draws-... | 79.10 | 448.90 |
| General Journal | 1/20/2013 | CR | | Grand Sierra Adventure-aj | | 3500 · Draws-... | 11.30 | 460.20 |
| General Journal | 1/20/2013 | CR | | Delta Airlines-aj | | 3500 · Draws-... | 300.00 | 760.20 |
| General Journal | 1/20/2013 | CR | | Grand Sierra | | 3500 · Draws-... | 69.25 | 829.45 |
| General Journal | 1/20/2013 | CR | | Park and Fly | | 3500 · Draws-... | 33.83 | 863.28 |
| General Journal | 1/20/2013 | CR | | StorBox Wine Storage | | 3500 · Draws-... | 153.48 | 1,016.76 |
| General Journal | 1/20/2013 | CR | | StorBox Wine Storage | | 3500 · Draws-... | 157.32 | 1,174.08 |
| General Journal | 2/17/2013 | am9... | | Expedia-Villalobos | | 6113 · Repairs... | 53.91 | 1,227.99 |
| General Journal | 2/17/2013 | am9... | | ATT-Alfred Villalobos | | 6113 · Repairs... | 800.47 | 2,028.46 |
| General Journal | 2/17/2013 | am9... | | Southwest Air-Villalobos | | 6113 · Repairs... | 12.00 | 2,040.46 |
| General Journal | 2/17/2013 | am9... | | Shell Oil- Transportation of Alfred V... | | 6113 · Repairs... | 74.30 | 2,114.76 |
| General Journal | 2/17/2013 | am9... | | Enterprise Rent a Car- Alfred Villalo... | | 6113 · Repairs... | 741.52 | 2,856.28 |
| General Journal | 2/17/2013 | am9... | | Southwest Air-Alfred Villalobos | | 6113 · Repairs... | 357.80 | 3,214.08 |
| Check | 3/21/2013 | 8229 | Alfred Villalobos | | | 1010 · Cash - ... | 400.00 | 3,614.08 |
| General Journal | 3/27/2013 | am9... | | Vehicle Listing - Alfred Villalobos | | 4060 · Client E... | 115.00 | 3,729.08 |
| General Journal | 3/27/2013 | am9... | | Vehicle Listing - Alfred Villalobos | | 4060 · Client E... | 20.00 | 3,749.08 |
| General Journal | 3/27/2013 | am9... | | Southwest LAX to SFO - Villalobos | | 4060 · Client E... | 212.90 | 3,961.98 |
| General Journal | 3/27/2013 | am9... | | BART - Villalobos | | 4060 · Client E... | 9.00 | 3,970.98 |
| General Journal | 3/27/2013 | am9... | | Mel's Drive In - Villalobos | | 4060 · Client E... | 61.50 | 4,032.48 |
| General Journal | 3/27/2013 | am9... | | Opal Hotel San Francisco | | 4060 · Client E... | 119.96 | 4,152.44 |
| General Journal | 3/27/2013 | am9... | | Cheesecake Factory | | 4060 · Client E... | 137.08 | 4,289.53 |
| General Journal | 3/27/2013 | am9... | | LAX Park n Fly | | 4060 · Client E... | 75.08 | 4,364.61 |
| General Journal | 3/27/2013 | am9... | | Grand Sierra Resort Reno | | 4060 · Client E... | 11.30 | 4,375.91 |
| General Journal | 3/27/2013 | am9... | | RNO Mountain House Reno | | 4060 · Client E... | 44.73 | 4,420.64 |
| General Journal | 4/15/2013 | am7... | | Southwest LAX to RENO - Dan Ap... | | 3500 · Draws-... | 289.70 | 4,710.34 |
| General Journal | 4/15/2013 | am7... | | Southwest LAX to RENO - Dennis ... | | 3500 · Draws-... | 289.70 | 5,000.04 |
| General Journal | 4/15/2013 | am7... | | Expedia- Grand Sierra Hotel Reser... | | 3500 · Draws-... | 115.62 | 5,115.66 |
| General Journal | 4/15/2013 | am7... | | Southwest Burbank to Reno | | 3500 · Draws-... | 107.90 | 5,223.56 |
| General Journal | 4/15/2013 | am7... | | Metro Express to LAX | | 3500 · Draws-... | 1.55 | 5,225.11 |
| General Journal | 4/26/2013 | am9... | | Southwest Reno to LAX - Alfred Vill... | | 6255 · Postage | 369.80 | 5,594.91 |
| General Journal | 4/26/2013 | am9... | | Villalobos AT&T Bill | | 6255 · Postage | 846.40 | 6,441.31 |
| General Journal | 4/26/2013 | am9... | | Southwest - Reno to LAX - Al Villat... | | 6255 · Postage | 373.80 | 6,815.11 |
| General Journal | 6/18/2013 | CBR | | To record expense made from dan ... | | 3500 · Draws-... | 710.48 | 7,525.59 |
| General Journal | 6/28/2013 | am9... | | Gas to pick up Villalobos | | 6255 · Postage | 72.22 | 7,597.81 |
| General Journal | 6/28/2013 | am9... | | AT&T - Villalobos cell phone | | 6255 · Postage | 435.87 | 8,033.68 |
| General Journal | 6/28/2013 | am9... | | Southwest - LAX to Reno - AJ Villal... | | 6255 · Postage | 229.80 | 8,263.48 |
| General Journal | 6/28/2013 | am9... | | Gas to pick Villalobos | | 6255 · Postage | 35.00 | 8,298.48 |
| General Journal | 7/3/2013 | am7... | | Southwest - Reno to San Diego - A... | | 3500 · Draws-... | 478.70 | 8,777.18 |
| General Journal | 7/3/2013 | am7... | | Southwest - Reno to LAX - AJ Villal... | | 3500 · Draws-... | 373.80 | 9,150.98 |
| General Journal | 7/28/2013 | Am7... | | Asian Garden- Villalobos | | 6550 · Office S... | 28.51 | 9,179.49 |
| General Journal | 7/28/2013 | Am7... | | Park and Fly- villalobos | | 6550 · Office S... | 25.03 | 9,204.52 |
| General Journal | 7/28/2013 | Am7... | | Hertz rent a car- villalobos | | 6550 · Office S... | 88.46 | 9,292.98 |
| General Journal | 7/28/2013 | Am7... | | RNO Timber Ridge-villalobos | | 6550 · Office S... | 40.13 | 9,333.11 |
| Check | 7/30/2013 | 1092 | David A. Ruiz | Alfred Villalobos | | 1020 · Cash-Cl... | 150.00 | 9,483.11 |
| Check | 8/15/2013 | 1116 | David A. Ruiz | Reimbursemen of expenses re: AJ ... | | 1020 · Cash-Cl... | 91.41 | 9,574.52 |
| General Journal | 8/19/2013 | am9... | | Credit from Southwest Air | | -SPLIT- | -10.90 | 9,563.62 |
| General Journal | 8/19/2013 | am9... | | Credit from Southwest Air | | 1253 · Loan R... | -10.90 | 9,552.72 |
| General Journal | 8/19/2013 | am9... | | Credit from Southwest Air | | 1253 · Loan R... | -10.90 | 9,541.82 |
| General Journal | 8/19/2013 | am9... | | AT&T Bill Pay ?? | | 1253 · Loan R... | 614.00 | 10,155.82 |
| General Journal | 8/19/2013 | am9... | | Metro Express Lanes | | 1253 · Loan R... | 1.40 | 10,157.22 |
| General Journal | 8/21/2013 | FIA | | Sierra Power | | 6112 · Gas - D... | 84.22 | 10,241.44 |
| General Journal | 8/21/2013 | FIA | | Sierra Power | | 6112 · Gas - D... | 603.50 | 10,844.94 |
| General Journal | 8/21/2013 | FIA | | Washoe County Dept of Water | | 6112 · Gas - D... | 226.04 | 11,070.98 |
| General Journal | 8/30/2013 | Ame... | | Southwest - LAX to Reno - Adriana ... | | 6550 · Office S... | 437.80 | 11,508.78 |
| General Journal | 9/6/2013 | Ame... | | Park N Fly LAX | | 3505 · Draw - ... | 25.03 | 11,533.81 |
| General Journal | 9/27/2013 | Ame... | | AT&T Bill Payment | | 6255 · Postage | 207.22 | 11,741.03 |
| Check | 10/2/2013 | 1205 | Forest Lawn | Bench Plate - Cecilia Villalobos Flor... | X | 1020 · Cash-Cl... | 0.00 | 11,741.03 |
| Check | 10/2/2013 | 1205 | Forest Lawn | Bench Plate - Cecilia Villalobos Flor... | X | 1020 · Cash-Cl... | 0.00 | 11,741.03 |
| General Journal | 10/2/2013 | FIA | | National Car Rental | | -SPLIT- | 88.07 | 11,829.10 |
| Check | 10/2/2013 | 1206 | Forest Lawn | Bench Plate - Cecilia Villalobos Flor... | | 1253 · Loan R... | 460.00 | 12,289.10 |
| Check | 10/2/2013 | 1207 | Forest Lawn | Bench Plate - Cecilia Villalobos Flor... | | 1020 · Cash-Cl... | 460.00 | 12,749.10 |
| Check | 10/11/2013 | 1218 | NGL Insurance Gr... | NPL0508008 - Alfred Villalobos | | 1020 · Cash-Cl... | 710.48 | 13,459.58 |
| General Journal | 10/21/2013 | FIA | | National Guardian Life Insurance (B... | | -SPLIT- | 2,131.44 | 15,591.02 |
| General Journal | 10/21/2013 | FIA | | National Car Rental Reno | | 1253 · Loan R... | 37.40 | 15,628.42 |
| General Journal | 10/21/2013 | FIA | | National Car Rental Reno | | 1253 · Loan R... | 77.38 | 15,705.80 |
| General Journal | 11/7/2013 | cbr | | Record transfer of drug treatment fo... | | 2826 · Citibank... | 10,000.00 | 25,705.80 |
| General Journal | 11/19/2013 | Ame... | | Southwest LAX to RENO (DEA) | | 6550 · Office S... | 405.80 | 26,111.60 |
| General Journal | 11/19/2013 | Ame... | | Park n Fly | | 6550 · Office S... | 25.03 | 26,136.63 |
| Check | 11/27/2013 | 1297 | Life Care Center of... | | | 1020 · Cash-Cl... | 1,694.00 | 27,830.63 |
| General Journal | 11/27/2013 | FIA | | National Car Rental on 10/17 | | -SPLIT- | 25.50 | 27,856.13 |
| General Journal | 12/20/2013 | FIA | | NV Energy/Sierra Power | | -SPLIT- | 424.36 | 28,280.49 |
| General Journal | 1/1/2014 | gf | | To record personal check payment ... | | 3500 · Draws-... | 500.00 | 28,780.49 |
| General Journal | 1/7/2014 | Ame... | | AT&T - Villalobos | | 4060 · Client E... | 91.51 | 28,872.00 |
| General Journal | 1/7/2014 | Ame... | | A+ Oxygen - Villalobos | | 4060 · Client E... | 220.00 | 29,092.00 |
| Check | 1/22/2014 | 1396 | NGL Insurance Gr... | NPL0508008 - Alfred Villalobos - D... | | 1020 · Cash-Cl... | 710.48 | 29,802.48 |
| Check | 1/27/2014 | 1401 | Alfred Villalobos | | | 1020 · Cash-Cl... | 1,500.00 | 31,302.48 |

5:06 PM

10/27/14

Accrual Basis

# Daniel E. Apodaca, CPA
## Transactions by Account
### As of October 27, 2014

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| General Journal | 1/30/2014 | FIA | | National Guardian Life Insurance | | 4060 · Client E... | 710.48 | 32,012.96 |
| Deposit | 2/4/2014 | 4009... | Ticor Title of Neva... | Payment from Titcor Title (Reimbur... | | 1020 · Cash-Ci... | -420.86 | 31,592.10 |
| General Journal | 2/6/2014 | Ame... | | Southwest - LAX to Reno (Dan) (12... | | 6255 · Postage | 405.80 | 31,997.90 |
| General Journal | 2/6/2014 | Ame... | | Park n Fly LAX (12/26) | | 6255 · Postage | 25.03 | 32,022.93 |
| General Journal | 2/6/2014 | Ame... | | U-Haul (12/26) | | 6255 · Postage | 42.81 | 32,065.74 |
| General Journal | 2/6/2014 | Ame... | | U-Haul (12/26) | | 6255 · Postage | 68.37 | 32,134.11 |
| General Journal | 2/6/2014 | Ame... | | UPS Store (Shipment of art pieces) | | 6255 · Postage | 1,513.56 | 33,647.67 |
| General Journal | 2/6/2014 | Ame... | | The UPS Store Reno | | -SPLIT- | 444.86 | 34,092.53 |
| General Journal | 2/6/2014 | Ame... | | TPass Taxi Reno | | 1253 · Loan R... | 30.00 | 34,122.53 |
| Check | 2/13/2014 | 1434 | Bruce C. Funk | For Alfred Villalobos | | 1020 · Cash-Ci... | 7,500.00 | 41,622.53 |
| General Journal | 2/27/2014 | Ame... | | AT&T - Villalobos | | 5470 · Staff M... | 234.89 | 41,857.42 |
| Check | 3/1/2014 | 1480 | NGL Insurance Gr... | January | | 1020 · Cash-Ci... | 710.48 | 42,567.90 |
| General Journal | 3/19/2014 | FIA | | American Air LAX to Reno on 3/01/... | | -SPLIT- | 224.00 | 42,791.90 |
| General Journal | 3/19/2014 | FIA | | Southwest Reno to LAX on 3/01/14 ... | | 1253 · Loan R... | 187.00 | 42,978.90 |
| General Journal | 3/19/2014 | FIA | | Cancellation of American Flight to ... | | 1253 · Loan R... | -224.00 | 42,754.90 |
| General Journal | 3/19/2014 | FIA | | Cancellation of Southwest Flight Re... | | 1253 · Loan R... | -187.00 | 42,567.90 |
| General Journal | 3/28/2014 | Ame... | | Thrifty Car Rental RENO | | 6255 · Postage | 154.03 | 42,721.93 |
| General Journal | 3/28/2014 | Ame... | | AT&T Bill Payment Villalobos | | 6255 · Postage | 100.43 | 42,822.36 |
| General Journal | 4/4/2014 | Ame... | | Southwest Lax to Reno (Dan on 3/11) | | 3500 · Draws-... | 448.00 | 43,270.36 |
| General Journal | 4/4/2014 | Ame... | | Park N Fly | | 3500 · Draws-... | 25.03 | 43,295.39 |
| General Journal | 4/4/2014 | Ame... | | BJs Restaurant | | 3500 · Draws-... | 42.82 | 43,338.21 |
| Check | 4/28/2014 | 1560 | Alfred Villalobos | | | 1020 · Cash-Ci... | 100.00 | 43,438.21 |
| General Journal | 6/3/2014 | Ame... | | Southwest (Dan to Reno) Trip canc... | | 6550 · Office S... | 378.00 | 43,816.21 |
| General Journal | 6/3/2014 | Ame... | | Southwest (Dennis M to Reno) Trip ... | | 6550 · Office S... | 378.00 | 44,194.21 |
| Total 1253 · Loan Receivable - AJ-Expenses | | | | | | | 44,194.21 | 44,194.21 |
| **TOTAL** | | | | | | | **44,194.21** | **44,194.21** |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7101        IMG                    X    ST01

The Private Client Group
**Uni-Statement**
Account Number:
_____ 0928
Statement Period:
Nov. 23, 2010
through
Dec. 21, 2010

Page 1 of 5

000078182 1 AT 0.357 .406481881874599 P

BANKRUPTCY CASE #10-58848
PO BOX 1460
ZEPHYR COVE    NV  89448-1460

☎          _To Contact U.S. Bank_

By Phone:          1-800-US BANKS
                    (1-800-872-2657)

Telecommunications Device
for the Deaf:              1-800-685-5065

Internet:              usbank.com

---

## INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

---

## FREE CHECKING                                                              Member FDIC
U.S. Bank National Association                                    Account Number _____-0928

**Account Summary**

| | | |
|---|---:|---|
| Beginning Balance on Nov. 23 | $ 3,461.16 | |
| Deposits / Credits | 1,303,869.14 | Number of Days in Statement Period    29 |
| Card Withdrawals | 814.72- | |
| Other Withdrawals | 941,646.22- | |
| Checks Paid | 114,145.94- | |
| **Ending Balance on Dec. 21, 2010** | **$ 250,723.42** | |

---

### Reward Program Summary

All Rewards shown are as of Dec. 21, 2010

**FlexPerks**

| FlexPerks Cash Rewards Visa® Check Card | | | Check Card Number : 8875 | | |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
| 08/20/2010 | $ 0.00 | | $ 0.00 | $ 0.00 | $ 0.00 |

---

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Dec. 2 | Wire Credit REF001590 | NEVADA ST LAS VEGA 101202022936 | | $ 1,106,616.50 |
| | ORG=NEVADA LAW | FOUNDATION IOLTA ACCOUNT FOR,ROB | | |
| Dec. 3 | Wire Credit REF000988 | NEVADA ST LAS VEGA 101203017041 | | 79,021.45 |
| | ORG=NEVADA LAW | FOUNDATION IOLTA ACCOUNT FOR,ROB | | |
| Dec. 7 | Wire Credit REF001304 | NEVADA ST LAS VEGA 101207020452 | | 15,488.20 |
| | ORG=NEVADA LAW | FOUNDATION IOLTA ACCOUNT FOR,ROB | | |
| Dec. 15 | Wire Credit REF001779 | NEVADA ST LAS VEGA 101215031842 | | 102,742.99 |
| | ORG=NEVADA LAW | FOUNDATION IOLTA ACCOUNT FOR,ROB | | |
| | | **Total Deposits / Credits** | $ | **1,303,869.14** |

Summary of Lawsuit settlement received:

| date received | US Bank # 0928 | Paid | |
|---|---|---|---|
| 12/2/2010 | 1,106,616.50 | | |
| 12/3/2010 | 79,021.45 | 800,000.00 | Cooley LLP |
| | | 26,616.22 | Jeff Hartman |
| | | 80,000.00 | Harris Belding |
| 12/7/2010 | 15,488.20 | | |
| 12/15/2010 | 102,742.99 | | |
| Total received | 1,303,869.14 | 906,616.22 | |

Exhibit "O"

Exhibit "O"

# VFT, INCORPORATED

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 6/12/2012 |
| Type: | Domestic Corporation | Entity Number: | E0319662012-0 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2015 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20121373904 | Business License Exp: | 6/30/2015 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | SOURWINE & SLOANE, LTD. | Address 1: | 4950 KIETZKE LN STE 302 |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89509 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 200,000.00 | Capital Amount: | $ 0 |

**No stock records found for this company**

## − Officers                                   ☒ Include Inactive Officers

### Treasurer - DANIEL E APODACA

| | | | |
|---|---|---|---|
| Address 1: | 301 E. COLORADO BLVD. | Address 2: | STE 800 |
| City: | PASADENA | State: | CA |
| Zip Code: | 91101 | Country: | |
| Status: | Active | Email: | |

### President - ALFRED J VILLALOBOS

| | | | |
|---|---|---|---|
| Address 1: | 14035 MOONRISE CT | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89511 | Country: | |
| Status: | Active | Email: | |

### Secretary - ALFRED J VILLALOBOS

| | | | |
|---|---|---|---|
| Address 1: | 14035 MOONRISE CT | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89511 | Country: | |
| Status: | Active | Email: | |

EXHIBIT O

| Director - ALFRED J VILLALOBOS | | | |
|---|---|---|---|
| Address 1: | 14035 MOONRISE CT | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89511 | Country: | |
| Status: | Active | Email: | |

## − Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20120413807-78 | # of Pages: | 2 |
| File Date: | 6/12/2012 | Effective Date: | |

Initial Stock Value: No Par Value Shares: 200,000 ----------------------------------------- Total Authorized Capital: $ 0.00

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20120472626-22 | # of Pages: | 1 |
| File Date: | 7/6/2012 | Effective Date: | |

12-13

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20130156202-22 | # of Pages: | 1 |
| File Date: | 3/6/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Resignation of Officers | | |
|---|---|---|---|
| Document Number: | 20130318333-47 | # of Pages: | 1 |
| File Date: | 5/13/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130476987-87 | # of Pages: | 1 |
| File Date: | 7/19/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140722376-44 | # of Pages: | 1 |
| File Date: | 10/20/2014 | Effective Date: | |

ALO2014-2015 SBL